FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D18-0840

_____

STEVE HERRING,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

February 25, 2019

PER CURIAM.

AFFIRMED.

RAY, KELSEY, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Steve Herring, pro se, Appellant.

Ashley B. Moody, Attorney General, and Jennifer J. Moore,
Assistant Attorney General, Tallahassee, for Appellee.